## IN THE UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF MINNESOTA

MAYO CLINIC,

        Plaintiff,

    v.

CHANTELLE ZACK

        Defendant.

Case No.

Removed from Case No. _____
District Court, Third Judicial District,
Olmsted County, Minnesota

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant CHANTELLE ZACK ("Defendant"), by and through her attorney(s) of record, Brandon D. Wright, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby removes the above-captioned matter to the United States District Court for the District of Minnesota.  As its grounds for removal, Defendant states as follows:

### I.    THIS COURT HAS REMOVAL JURISDICTION.

1.    This litigation involves a Complaint by Plaintiff Mayo Clinic against Defendant Chantelle Zack.  See, **Exhibit A**.

2.    The Complaint is captioned in the District Court, Third Judicial District, Olmsted County, Minnesota.  Id.

3.    A defendant sued in state court may remove a "civil action … of which the district courts of the United States have original jurisdiction … to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

/ / /

4. This Honorable Court has "original jurisdiction" matters involving citizens of different States and the matter in controversy exceeds the sum or value of $75,000. 28 U.S.C. § 1332.

5. Plaintiff's Complaint alleges that Plaintiff is a resident of Minnesota. Plaintiff's Complaint alleges Defendant is a citizen of Iowa. **Ex. A, ¶¶ 1-2.** Plaintiff and Defendant are citizens of different States. 28 U.S.C. § 1332.

6. Further, upon information and belief, while the Complaint indicates that the "principal amount in excess of fifty thousand dollars ($50,000)," Defendant anticipates Plaintiff will seek to recover more in the costs and attorney's fees requested as belief that would make such claim in excess of $75,000. Defendant has attached as Exhibit B the redacted billing detail from Plaintiff. As Exhibit B shows, Plaintiff billed Defendant in excess of $153,000.00 for services provided. Payments were made in the excess of $77,000.00 with a total alleged remaining balance of over $75,000.00. **Exhibit B**, pp. 10-11 (see amounts sent to agency).

7. Because Plaintiff's claims against Defendant arise between citizens of different States and the amount in controversy exceeds $75,000.00, jurisdiction is proper in this Court. 28 U.S.C. § 1332.

8. Because Olmsted County, Minnesota, is within this Honorable Court's judicial district, this Honorable Court "embrac[es] the place where [this] action is pending" and has removal jurisdiction under 28 U.S.C. § 1441(a).

/ / /

/ / /

/ / /

/ / /

## II.      THIS NOTICE OF REMOVAL IS TIMELY.

10.      A defendant must remove litigation to federal court within 30 days from the date of service. *See* 28 U.S.C. § 1446(b); Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-48 (1999).

11.      Plaintiff's Complaint was served upon Defendant on August 18, 2017. **Exhibit. C**.

12.      Because Defendant is filing this Notice of Removal within 30 days from the date of service - *i.e.*, by September 7, 2017, which is 20 days from August 18, 2017 - the Notice of Removal is timely.

## III.      THIS NOTICE OF REMOVAL IS PROPER.

13.      In accordance with 28 U.S.C. § 1446 (b), attached hereto as **Exhibit A** are copies of "all process, pleadings, and orders served upon" the Defendant(s) in this litigation.

14.      Pursuant to 28 U.S.C. § 1446(d), the undersigned certifies that simultaneously with the filing of this Notice of Removal in this Court, a Notice Re: Notice of Removal (attached hereto as **Exhibit D**) is being filed in the District Court, Third Judicial District, Olmsted County, Minnesota, and is being served on all parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Defendant gives notice that the above-captioned litigation has been removed from the District Court, Third Judicial District, Olmsted County, Minnesota, to the United States District Court for the District of Minnesota.

DATED this ___7___ day of September, 2017

Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____

BRANDON D. WRIGHT
Minnesota State Bar No. 0394898
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorney for Defendant
CHANTELLE ZACK

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September 2017, I did cause a true and correct copy of **NOTICE OF REMOVAL** to be served via electronic service and 1st class mail to the parties on the Electronic Filing System:

D. Scott Erickson
Kellie L. J. Anderson
Gregory E. Hanson
920 2nd Ave. South, Suite 800
Minneapolis, MN 55402
PH  612-333-7600
FX  612-333-7611
*Attorneys for Plaintiff*

Ariana J. Dunbar

EXHIBIT A

STATE OF MINNESOTA

COUNTY OF OLMSTED

DISTRICT COURT

THIRD JUDICIAL DISTRICT

---

Mayo Clinic,

Plaintiff,

v.

Chantelle Zack,

Defendant.

Court File No.:
Case Type: Contract
Judge:

**COMPLAINT**

---

The Plaintiff, for its claim against the above-named defendant, complains and alleges as follows:

1.      Plaintiff is a Minnesota non-profit corporation with a principal place of business located at 200 1st Street S.W., Rochester, MN 55905.

2.      Defendant is a citizen of Iowa residing at 602 East Jefferson Street, New Hampton, IA 50659.

3.      Plaintiff provided valuable health care goods and services to Defendant, in Minnesota, through July 01, 2016, for which Defendant received on an open account to pay Plaintiff, but has not paid.

4.      To date, Defendant owes Plaintiff a principal amount in excess of fifty thousand dollars ($50,000.00) for the goods and services provided to Defendant by Plaintiff.

5.      Defendant's refusal to pay has forced Plaintiff to retain the services of D.S. Erickson & Associates, PLLC and Plaintiff will incur attorney fees and expenses to recover the amount due and owing.

## CLAIM I
## BREACH OF CONTRACT

6.      Plaintiff incorporates each and every allegation contained in Paragraphs 1-5, inclusive, with the same force and effect as if fully set forth herein.

7.      Plaintiff provided valuable health care goods and services to Defendant and billed Defendant accordingly.

8.      Defendant has breached the contract between Plaintiff and Defendant, the exchange of payment for goods and services through an open account, by failing to pay Plaintiff for the goods and services provided.

9.      As a result of Defendant's breach, Plaintiff has and will incur damages in an amount in excess of fifty thousand dollars ($50,000.00).

## CLAIM II
## UNJUST ENRICHMENT

10.     Plaintiff incorporates each and every allegation contained in Paragraphs 1-9, inclusive, with the same force and effect as if fully set forth herein.

11.     Plaintiff incurred time and resource expenses in rendering health care goods and services to Defendant.

12.     Defendant knowingly accepted the goods and services and received value and benefit from the same.

13.     Defendant's retention of the value and benefit received from Plaintiff's goods and services without paying Plaintiff will result in Defendant's unjust enrichment.

14.     Plaintiff is entitled to payment of the value of the benefit received by Defendant in an amount in excess of fifty thousand dollars ($50,000.00).

**WHEREFORE,** Plaintiff demands judgment against Defendant in an amount in excess of fifty thousand dollars ($50,000.00), together with its costs and disbursements herein and such other relief as the court deems appropriate.

Dated: July 27, 2017

D.S. Erickson & Associates, PLLC

_____
D. Scott Erickson (#0282212)
Timothy J. Henkel (#0389403)
Gregory E. Hanson (#0395404)
Attorneys for Plaintiff
920 Second Avenue South, Suite 800
Minneapolis, MN 55402
(612) 333-7600

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. 549.211 subdivision 2, to the party against whom the allegations in this pleading are asserted.

Dated: July 27, 2017

D.S. Erickson & Associates, PLLC

_____
D. Scott Erickson (#0282212)
Timothy J. Henkel (#0389403)
Gregory E. Hanson (#0395404)
Attorneys for Plaintiff
920 Second Avenue South, Suite 800
Minneapolis, MN 55402
(612) 333-7600

# EXHIBIT B


MAYO CLINIC

4500 San Pablo Road
Jacksonville, FL 32224-1865

| Date | Account # | Amount Due |
|------|-----------|------------|
| August 28, 2017 | ▉▉▉▉ | $0.00 |

If you are unable to pay in full, please
call Patient Account Services:
**Local: 507-266-5670    Toll Free: 1-800-660-4582**
www.mayoclinic.org

**Addressee**

Mrs. Chantelle Zack
1855 Cheyenne Avenue
Ionia, IA  50645-9335

**MAYO CLINIC**

**Patient Visit Detail-O-HQ**
**Report ID: 23145.RCO00045, Patient Visit Detail**

Institution:  R

Entity:  Entity not specified
CPI:  █████████

Run Date:  8/28/2017     8:13:57AM

Visit:  6008, 6011, 6166

Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| R | 01 | ████████ | 6008 | ZACK, CHANTELLE | 0.00 |

## Visit Detail Transactions

### Charges

Institution: R

Entity: **Entity not specified**

CPI: ████████

Visit: **6008, 6011, 6166**

Mayo Clinic Confidential

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| ████ | ████ | 01/15/2016 | 01/15/2016 | 2,125.00 |
| | | 01/16/2016 | 01/16/2016 | 2,125.00 |
| | | 01/17/2016 | 01/17/2016 | 2,125.00 |
| | | 01/18/2016 | 01/18/2016 | 2,125.00 |
| | | 01/15/2016 | 01/16/2016 | 92.40 |
| | | 01/15/2016 | 01/16/2016 | 10.40 |
| | | 01/15/2016 | 01/16/2016 | 10.80 |
| | | 01/16/2016 | 01/17/2016 | 92.40 |
| | | 01/16/2016 | 01/17/2016 | 10.40 |
| | | 01/16/2016 | 01/17/2016 | 10.80 |
| | | 01/17/2016 | 01/18/2016 | 92.40 |
| | | 01/17/2016 | 01/18/2016 | 10.40 |
| | | 01/17/2016 | 01/18/2016 | 10.80 |
| | | 01/18/2016 | 01/19/2016 | 195.00 |
| | | 01/18/2016 | 01/19/2016 | 10.90 |
| | | 01/18/2016 | 01/19/2016 | 94.90 |
| | | 01/19/2016 | 01/20/2016 | 6.75 |
| | | 01/19/2016 | 01/20/2016 | 5.45 |
| | | 01/19/2016 | 01/20/2016 | 47.45 |
| | | 01/18/2016 | 01/19/2016 | 257.00 |
| | | 01/15/2016 | 01/25/2016 | 28.53 |
| | | 01/15/2016 | 01/25/2016 | 111.02 |
| | | 01/15/2016 | 01/25/2016 | 3,677.62 |
| | | 01/16/2016 | 01/25/2016 | 3,677.62 |
| | | 01/17/2016 | 01/25/2016 | 3,677.62 |
| | | 01/18/2016 | 01/25/2016 | 3,677.62 |
| | | 01/19/2016 | 01/25/2016 | 2,747.09 |
| | | 01/16/2016 | 01/17/2016 | 7.50 |
| | | 01/18/2016 | 01/19/2016 | 4.50 |
| | | 01/19/2016 | 01/20/2016 | 4.50 |
| | | | Total Charges: | 27,071.87 |

Payments and Adjustments

Institution:  R

Entity:  Entity not specified

CPI: ███████████

Run Date:   8/28/2017        8:13:57AM        Visit:  6008, 6011, 6166        Mayo Clinic Confidential

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00007580 | COLLECTION AGENCY PLACEMENT | 5/31/2016 | -14,317.39 |
| 00000109 | INSURANCE PMT | 3/2/2016 | -12,754.48 |
| 00018090 | TRANSFER TO AGENCY PLACEMENT | 5/31/2016 | 14,317.39 |
| | | Total Payment and Adjustment: | -12,754.48 |

## Summary for Visit : 6008

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 27,071.87 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -12,754.48 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | 0.00 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

Institution: R

Entity: Entity not specified

CPI: ███████

Visit: 6008, 6011, 6166

Run Date:   8/28/2017      8:13:57AM

Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| R | 03 | ██████ | 6011 | ZACK, CHANTELLE | 0.00 |

## Visit Detail Transactions

## Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| ██████ | | 01/08/2016 | 01/12/2016 | 28.53 |
| | | 01/08/2016 | 01/12/2016 | 33.08 |
| | | 01/08/2016 | 01/12/2016 | 33.17 |
| | | 01/08/2016 | 01/12/2016 | 60.14 |
| | | 01/08/2016 | 01/12/2016 | 38.82 |
| | | 01/08/2016 | 01/12/2016 | 38.82 |
| | | 01/08/2016 | 01/12/2016 | 96.70 |
| | | 01/08/2016 | 01/12/2016 | 98.96 |
| | | 01/08/2016 | 01/12/2016 | 98.96 |
| | | 01/08/2016 | 01/12/2016 | 4,035.15 |
| | | 01/08/2016 | 01/12/2016 | 365.00 |
| | | | Total Charges: | 4,927.33 |

## Payments and Adjustments

Institution: **R**

Entity: **Entity not specified**

CPI: █████████

Visit: **6008, 6011, 6166**

Run Date:   8/28/2017      8:13:57AM

Mayo Clinic Confidential

| ■ CDM   Description | Post Date | Amount |
|---|---|---|
| | 6/28/2016 | -100.00 |
| | 5/31/2016 | -2,046.68 |
| | 6/28/2016 | 100.00 |
| | 2/17/2016 | -239.89 |
| | 2/17/2016 | -1,866.71 |
| | 2/19/2016 | -220.93 |
| | 2/19/2016 | -306.75 |
| | 2/17/2016 | -201.76 |
| | 2/19/2016 | -18.25 |
| | 2/19/2016 | -11.63 |
| | 2/17/2016 | -14.73 |
| | 5/31/2016 | 2,046.68 |
| | 6/28/2016 | -100.00 |
| Total Payment and Adjustment: | | -2,980.65 |

## Summary for Visit :   6011

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 4,927.33 |
| Total Patient Payments: | -100.00 |
| Total Insurance Payments: | -2,634.28 |
| Total Patient Adjustments: | 100.00 |
| Total Insurance Adjustments: | -246.37 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

Institution:  R

Entity:  Entity not specified

CPI: ███████

Visit:  6008, 6011, 6166

Run Date:   8/28/2017      8:13:57AM

Mayo Clinic Confidential

## Visit Summary Information

| Institution | Entity | CPI | Visit | Name | Visit Balance |
|---|---|---|---|---|---|
| R | 01 | ████████ | 6166 | ZACK, CHANTELLE | 0.00 |

## Visit Detail Transactions

## Charges

| CDM | Description | Service Date | Post Date | Amount |
|---|---|---|---|---|
| ████ | | 07/01/2016 | 07/01/2016 | 5,035.00 |
| | | 07/02/2016 | 07/02/2016 | 5,035.00 |
| | | 07/03/2016 | 07/03/2016 | 5,035.00 |
| | | 07/04/2016 | 07/04/2016 | 5,035.00 |
| | | 07/05/2016 | 07/05/2016 | 5,035.00 |
| | | 07/06/2016 | 07/06/2016 | 5,035.00 |
| | | 07/07/2016 | 07/07/2016 | 5,035.00 |
| | | 07/08/2016 | 07/08/2016 | 5,035.00 |
| | | 07/09/2016 | 07/09/2016 | 2,040.00 |
| | | 07/10/2016 | 07/10/2016 | 2,040.00 |
| | | 07/01/2016 | 07/02/2016 | 94.55 |
| | | 07/01/2016 | 07/02/2016 | 141.35 |
| | | 07/01/2016 | 07/02/2016 | 46.20 |
| | | 07/01/2016 | 07/02/2016 | 5.45 |
| | | 07/01/2016 | 07/02/2016 | 5.15 |
| | | 07/01/2016 | 07/02/2016 | 174.80 |
| | | 07/01/2016 | 07/02/2016 | 1,177.20 |
| | | 07/01/2016 | 07/02/2016 | 92.90 |
| | | 07/01/2016 | 07/02/2016 | 76.65 |
| | | 07/01/2016 | 07/19/2016 | -139.45 |
| | | 07/01/2016 | 07/08/2016 | 139.45 |
| | | 07/01/2016 | 07/08/2016 | 605.65 |
| | | 07/01/2016 | 07/08/2016 | 119.60 |
| | | 07/01/2016 | 07/08/2016 | 88.45 |
| | | 07/01/2016 | 07/08/2016 | 147.70 |
| | | 07/01/2016 | 07/08/2016 | 89.70 |
| | | 07/01/2016 | 07/08/2016 | 605.65 |
| | | 07/01/2016 | 07/08/2016 | 87.40 |
| | | 07/01/2016 | 07/08/2016 | 64.60 |

Institution: R

Entity: Entity not specified

CPI ▮▮▮▮▮

Visit: 6008, 6011, 6166

Run Date:   8/28/2017        8:13:57AM                                    Mayo Clinic Confidential

| | | |
|---|---|---|
| 07/01/2016 | 07/08/2016 | 141.35 |
| 07/01/2016 | 07/08/2016 | 94.55 |
| 07/02/2016 | 07/03/2016 | 189.10 |
| 07/02/2016 | 07/03/2016 | 282.70 |
| 07/02/2016 | 07/03/2016 | 92.40 |
| 07/02/2016 | 07/03/2016 | 10.90 |
| 07/02/2016 | 07/03/2016 | 10.30 |
| 07/02/2016 | 07/03/2016 | 87.40 |
| 07/02/2016 | 07/03/2016 | 92.90 |
| 07/02/2016 | 07/03/2016 | 205.60 |
| 07/02/2016 | 07/03/2016 | 1,079.10 |
| 07/02/2016 | 07/03/2016 | 127.65 |
| 07/03/2016 | 07/04/2016 | 5.15 |
| 07/03/2016 | 07/04/2016 | 179.90 |
| 07/03/2016 | 07/04/2016 | 98.10 |
| 07/03/2016 | 07/04/2016 | 127.65 |
| 07/03/2016 | 07/04/2016 | 4.90 |
| 07/03/2016 | 07/04/2016 | 5.00 |
| 07/03/2016 | 07/04/2016 | 5.90 |
| 07/03/2016 | 07/04/2016 | 189.10 |
| 07/03/2016 | 07/04/2016 | 282.70 |
| 07/03/2016 | 07/04/2016 | 46.20 |
| 07/03/2016 | 07/04/2016 | 5.45 |
| 07/04/2016 | 07/05/2016 | 282.70 |
| 07/04/2016 | 07/05/2016 | 50.50 |
| 07/04/2016 | 07/05/2016 | 9.80 |
| 07/04/2016 | 07/05/2016 | 10.00 |
| 07/04/2016 | 07/05/2016 | 94.55 |
| 07/04/2016 | 07/05/2016 | 94.55 |
| 07/05/2016 | 07/06/2016 | 25.25 |
| 07/05/2016 | 07/06/2016 | 6.75 |
| 07/05/2016 | 07/06/2016 | 5.45 |
| 07/05/2016 | 07/06/2016 | 47.45 |
| 07/05/2016 | 07/06/2016 | 189.10 |
| 07/05/2016 | 07/06/2016 | 4.90 |
| 07/05/2016 | 07/06/2016 | 5.00 |
| 07/05/2016 | 07/06/2016 | 282.70 |
| 07/06/2016 | 07/07/2016 | 101.00 |
| 07/06/2016 | 07/07/2016 | 282.70 |
| 07/06/2016 | 07/07/2016 | 9.80 |

Institution: R

Entity: Entity not specified

CPI: ███████

Visit: 6008, 6011, 6166

Mayo Clinic Confidential

Run Date:   8/28/2017      8:13:57AM

| | | |
|---|---|---|
| 07/06/2016 | 07/07/2016 | 10.00 |
| 07/06/2016 | 07/07/2016 | 189.10 |
| 07/06/2016 | 07/07/2016 | 92.40 |
| 07/07/2016 | 07/08/2016 | 189.10 |
| 07/07/2016 | 07/08/2016 | 282.70 |
| 07/07/2016 | 07/08/2016 | 51.40 |
| 07/07/2016 | 07/08/2016 | 47.45 |
| 07/07/2016 | 07/08/2016 | 5.45 |
| 07/07/2016 | 07/08/2016 | 6.75 |
| 07/07/2016 | 07/08/2016 | 97.45 |
| 07/07/2016 | 07/08/2016 | 46.20 |
| 07/07/2016 | 07/08/2016 | 4.90 |
| 07/07/2016 | 07/08/2016 | 5.00 |
| 07/08/2016 | 07/09/2016 | 1,079.10 |
| 07/08/2016 | 07/09/2016 | 127.65 |
| 07/08/2016 | 07/09/2016 | 189.10 |
| 07/08/2016 | 07/09/2016 | 282.70 |
| 07/08/2016 | 07/09/2016 | 179.00 |
| 07/08/2016 | 07/09/2016 | 63.75 |
| 07/08/2016 | 07/09/2016 | 147.70 |
| 07/08/2016 | 07/09/2016 | 92.40 |
| 07/08/2016 | 07/09/2016 | 106.10 |
| 07/08/2016 | 07/09/2016 | 87.40 |
| 07/08/2016 | 07/09/2016 | 94.90 |
| 07/08/2016 | 07/09/2016 | 10.90 |
| 07/08/2016 | 07/09/2016 | 6.75 |
| 07/08/2016 | 07/09/2016 | 100.40 |
| 07/08/2016 | 07/09/2016 | 120.15 |
| 07/08/2016 | 07/09/2016 | 98.10 |
| 07/08/2016 | 07/09/2016 | 107.85 |
| 07/08/2016 | 07/09/2016 | 63.75 |
| 07/08/2016 | 07/11/2016 | 93.45 |
| 07/09/2016 | 07/10/2016 | 102.80 |
| 07/09/2016 | 07/10/2016 | 94.90 |
| 07/09/2016 | 07/10/2016 | 10.90 |
| 07/09/2016 | 07/10/2016 | 13.50 |
| 07/09/2016 | 07/10/2016 | 189.10 |
| 07/09/2016 | 07/10/2016 | 282.70 |
| 07/09/2016 | 07/10/2016 | 87.40 |
| 07/10/2016 | 07/11/2016 | 10.90 |

Institution: R

Entity: Entity not specified

CPI: ███████

Visit: 6008, 6011, 6166

Mayo Clinic Confidential

| | | |
|---|---|---|
| 07/10/2016 | 07/11/2016 | 94.90 |
| 07/10/2016 | 07/11/2016 | 13.50 |
| 07/10/2016 | 07/11/2016 | 282.70 |
| 07/10/2016 | 07/11/2016 | 189.10 |
| 07/11/2016 | 07/12/2016 | 5.45 |
| 07/01/2016 | 07/02/2016 | 126.90 |
| 07/01/2016 | 07/08/2016 | 126.95 |
| 07/02/2016 | 07/03/2016 | 253.80 |
| 07/03/2016 | 07/04/2016 | 253.80 |
| 07/04/2016 | 07/05/2016 | 126.90 |
| 07/04/2016 | 07/05/2016 | 126.90 |
| 07/04/2016 | 07/05/2016 | 126.90 |
| 07/05/2016 | 07/06/2016 | 253.80 |
| 07/06/2016 | 07/07/2016 | 253.80 |
| 07/06/2016 | 07/07/2016 | 126.90 |
| 07/07/2016 | 07/08/2016 | 253.80 |
| 07/08/2016 | 07/09/2016 | 128.50 |
| 07/08/2016 | 07/09/2016 | 253.80 |
| 07/09/2016 | 07/10/2016 | 126.90 |
| 07/09/2016 | 07/10/2016 | 253.80 |
| 07/10/2016 | 07/11/2016 | 253.80 |
| 07/02/2016 | 07/14/2016 | 410.03 |
| 07/07/2016 | 07/14/2016 | 410.03 |
| 07/07/2016 | 07/14/2016 | 410.03 |
| 07/01/2016 | 07/05/2016 | 152.82 |
| 07/01/2016 | 07/05/2016 | 6,703.20 |
| 07/01/2016 | 07/05/2016 | 1,755.00 |
| 07/01/2016 | 07/05/2016 | 385.00 |
| 07/01/2016 | 07/05/2016 | 317.50 |
| 07/01/2016 | 07/05/2016 | 246.75 |
| 07/01/2016 | 07/05/2016 | 18.30 |
| 07/01/2016 | 07/05/2016 | 1,219.80 |
| 07/01/2016 | 07/05/2016 | 67.50 |
| 07/08/2016 | 07/08/2016 | 67.50 |
| 07/08/2016 | 07/08/2016 | 577.23 |
| 07/08/2016 | 07/08/2016 | 246.75 |
| 07/08/2016 | 07/08/2016 | 167.50 |
| 07/01/2016 | 07/05/2016 | 689.56 |
| 07/01/2016 | 07/05/2016 | 210.00 |
| 07/08/2016 | 07/08/2016 | 66.62 |

Institution:  R

Entity:  Entity not specified

CPI: ███████████

Visit:  6008, 6011, 6166

Mayo Clinic Confidential

| | | |
|---|---|---|
| 07/08/2016 | 07/08/2016 | 892.50 |
| 07/01/2016 | 07/14/2016 | 28.86 |
| 07/01/2016 | 07/14/2016 | 37.38 |
| 07/01/2016 | 07/14/2016 | 30.05 |
| 07/01/2016 | 07/14/2016 | 135.18 |
| 07/02/2016 | 07/14/2016 | 28.53 |
| 07/02/2016 | 07/14/2016 | 33.17 |
| 07/04/2016 | 07/14/2016 | 28.53 |
| 07/04/2016 | 07/14/2016 | 88.66 |
| 07/06/2016 | 07/14/2016 | 28.53 |
| 07/06/2016 | 07/14/2016 | 88.66 |
| 07/08/2016 | 07/14/2016 | 28.75 |
| 07/08/2016 | 07/14/2016 | 27.38 |
| 07/09/2016 | 07/14/2016 | 28.53 |
| 07/09/2016 | 07/14/2016 | 45.42 |
| 07/01/2016 | 07/14/2016 | 822.22 |
| 07/01/2016 | 07/05/2016 | 26,724.40 |
| 07/08/2016 | 07/08/2016 | 13,497.22 |
| 07/08/2016 | 07/14/2016 | 720.00 |
| 07/01/2016 | 07/14/2016 | 1,705.00 |
| 07/08/2016 | 07/08/2016 | 1,467.98 |
| 07/01/2016 | 07/14/2016 | 1,069.75 |
| 07/01/2016 | 07/14/2016 | 3,677.62 |
| 07/01/2016 | 07/14/2016 | 4,158.32 |
| 07/02/2016 | 07/14/2016 | 3,677.62 |
| 07/03/2016 | 07/14/2016 | 3,677.62 |
| 07/04/2016 | 07/14/2016 | 3,677.62 |
| 07/05/2016 | 07/14/2016 | 3,677.62 |
| 07/06/2016 | 07/14/2016 | 3,677.62 |
| 07/07/2016 | 07/14/2016 | 3,677.62 |
| 07/07/2016 | | 758.40 |
| | Total Charges: | 153,691.23 |

**Payments and Adjustments**

Institution: **R**

Entity: Entity not specified
CPI: █████████
Visit: **6008, 6011, 6166**

Run Date:   8/28/2017      8:13:57AM

Mayo Clinic Confidential

| CDM | Description | Post Date | Amount |
|---|---|---|---|
| 00007580 | COLLECTION AGENCY PLACEMENT | 4/22/2017 | -75,821.15 |
| 00000109 | INSURANCE PMT | 12/8/2016 | -77,870.08 |
| 00018090 | TRANSFER TO AGENCY PLACEMENT | 4/22/2017 | 75,821.15 |
| | | Total Payment and Adjustment: | -77,870.08 |

## Summary for Visit :  6166

| | |
|---|---|
| Total UnBilled: | 0.00 |
| Total Charges: | 153,691.23 |
| Total Patient Payments: | 0.00 |
| Total Insurance Payments: | -77,870.08 |
| Total Patient Adjustments: | 0.00 |
| Total Insurance Adjustments: | 0.00 |
| Total Patient Refunds: | 0.00 |
| Total Discounts: | 0.00 |
| Total Age Amount: | 0.00 |
| Total Account Balance: | 0.00 |

EXHIBIT C

STATE OF MINNESOTA

COUNTY OF OLMSTED

DISTRICT COURT

THIRD JUDICIAL DISTRICT

---

Mayo Clinic,

                              Plaintiff,

v.

Chantelle Zack
602 East Jefferson Street
New Hampton IA, 50659,

                              Defendant.

Court File No.:
Case Type: Contract
Judge:

**SUMMONS**

---

THIS SUMMONS IS DIRECTED TO THE ABOVE-NAMED DEFENDANT.

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The
Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away.
They are official papers that affect your rights. You must respond to the lawsuit even though it
may not yet be filed with the Court and there may be no Court file number on this Summons.

2. **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You
must give or mail to the person who signed this Summons a **written response** called an Answer
within 20 days of the date on which you received this Summons. You must send a copy of your
Answer to the person who signed this Summons located at 920 Second Avenue South, Suite 800,
Minneapolis, MN 55402.

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response
to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with
each paragraph of the Complaint. If you believe the Plaintiff should not be given everything
asked for in the Complaint, you must say so in your Answer.

RECEIVED
AUG 1 4 2017
CHICKASAW COUNTY
SHERIFF'S OFFICE

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A default judgment can then be entered against you for the relief demanded in the Complaint.

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

Dated: July 27, 2017                    D.S. Erickson & Associates, PLLC

D. Scott Erickson (#0282212)
Timothy J. Henkel (#0389403)
Gregory E. Hanson (#0395404)
Attorneys for Plaintiff
920 Second Avenue South, Suite 800
Minneapolis, MN 55402
(612) 333-7600

# Return of Service

## IN THE MINNESOTA DISTRICT COURT IN AND FOR 19-CHICKASAW COUNTY

MAYO CLINIC
VS
CHANTELLE ZACK

Case Number: **01616585**
Civil Number: **17-000443**
Date Received: **08/17/2017** @ **09:48**
Date Printed: 09/06/2017 @ 12:34

STATE OF IOWA
CHICKASAW COUNTY       }

I hereby certify that I served a copy of:

**SUMMONS**

To:     ZACK,CHANTELLE  at  602 E JEFFERSON ST,  NEW HAMPTON,  IA  50659
        on  08/18/2017    @   10:40        Type of Service:  **PERSONAL**
Remarks:

Case Notes:

Fees:
Service Fees:       30.00
Mileage:             3.00
Copies:              0.00
Total:              33.00

MARTIN HEMANN, SHERIFF
CHICKASAW COUNTY
By: _____
BARB HEMESATH

Paid By: DS ERICKSON
Date: 08/18/2017
Check #: 33307
Paid By: DS ERICKSON
Date: 08/24/2017
Check #: 33443

# EXHIBIT D

STATE OF MINNESOTA

COUNTY OF OLMSTED

DISTRICT COURT

THIRD JUDICIAL DISTRICT

----------------------------------------------------

File No.

MAYO CLINIC,

                                    Plaintiff,

          v.

CHANTELLE ZACK,

                                    Defendant.

NOTICE RE: NOTICE OF REMOVAL

----------------------------------------------------

        KINDLY TAKE NOTICE that on September 7, 2017, Defendant CHANTELLE

ZACK by and through her attorney(s) of record, Brandon D. Wright, Esq. of LEWIS

BRISBOIS BISGAARD & SMITH LLP, filed a Notice of Removal with the Clerk of the

United States District Court for the United States District Court for the District of

Minnesota. See, Exhibit 1.

        No further proceedings may be had in this Honorable Court unless the United

States District Court for the United States District Court for the District of Minnesota

remands the litigation.

        DATED this __7__ day of September, 2017

                                    Respectfully Submitted,

                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By: _____
                                        BRANDON D. WRIGHT
                                        Minnesota State Bar No. 0394898
                                        6385 S. Rainbow Boulevard, Suite 600
                                        Las Vegas, Nevada 89118
                                        Attorney for Defendant
                                        CHANTELLE ZACK

## CERTIFICATE OF SERVICE

I hereby certify that on this *7th* day of September 2017, I did cause a true and

correct copy of **NOTICE RE: NOTICE OF REMOVAL** to be served via electronic service

and 1st class mail to the parties on the Electronic Filing System:

D. Scott Erickson
Kellie L. J. Anderson
Gregory E. Hanson
920 2nd Ave. South, Suite 800
Minneapolis, MN 55402
PH  612-333-7600
FX  612-333-7611
*Attorneys for Plaintiff*

Ariana J. Dunbar

4832-6160-3918.1