UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mayo Clinic, | ) )   Case No.: 17-cv-04181-PJS-BRT |
| Plaintiff, | ) ) ) |
| v. | ) )   **PLAINTIFF'S NOTICE OF** ) )   **MOTION AND UNOPPOSED** )   **MOTION FOR LEAVE OF** |
| Chantelle Zack., | ) )   **COURT TO AMEND** )   **COMPLAINT** ) |
| Defendant. | ) ) |

PLEASE TAKE NOTICE that the above named Plaintiff will bring the following motion, unopposed to the above named court. No hearing has been scheduled for said motion.

## MOTION

1. Plaintiff Mayo Clinic moves this Honorable Court for Leave of Court to Amend its Complaint Pursuant to Fed. R. Civ. P. 15(a). Plaintiff seeks to amend the Complaint to include Multiplan, Inc., Group & Pension Administrators, Inc., and GMT Corporation to this action as liable parties.

2. Counsel for the parties have discussed this Motion and Defendant is unopposed.

3. A copy of the proposed Amended Complaint and a redline version of the same are attached to the Affidavit of Keith Patton in support of Plaintiff's Motion as Exhibits A and B.

         Respectfully Submitted,

Dated: November 21, 2017    **D.S. ERICKSON & ASSOCIATES, PLLC**

        By /s/ Keith A. Patton
         Keith A. Patton (#0398608)
         Timothy J. Henkel (#0389403)
         920 Second Avenue South, Suite 800
         Minneapolis, MN 55402
         Phone:  (612) 333-7600
         Facsimile: (612) 333-7611
         Email:  timothy.henkel@dserickson.com
             keith.patton@dserickson.com
         ATTORNEYS FOR PLAINTIFF MAYO CLINIC