## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Mayo Clinic, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 17-cv-04181-PJS-BRT |
| v. | ) ) ) ) | **PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT** |
| Chantelle Zack., | ) ) | |
| Defendant. | ) ) | |

Plaintiff Mayo Clinic, by and through its attorneys, hereby moves this Honorable Court for Leave of Court to Amend its Complaint pursuant to Fed. R. Civ. P. 15(a). Plaintiff seeks to amend the Complaint to include ELAP Services, LLC and Group & Pension Administrators, Inc. to this action as liable parties pursuant to Fed. R. Civ. P. 20(a)(2).

The reasons in support of this motion are set forth in an accompanying Memorandum of Law. A Proposed Order is attached for the Court's consideration.

Dated: May 1, 2018              **D.S. ERICKSON & ASSOCIATES, PLLC**

By /s/ Keith A. Patton
Keith A. Patton (#0398608)
Timothy J. Henkel (#0389403)
920 Second Avenue South, Suite 800
Minneapolis, MN 55402
Phone:       (612) 333-7600
Facsimile:   (612) 333-7611
Email:       timothy.henkel@dserickson.com
             keith.patton@dserickson.com
ATTORNEYS FOR PLAINTIFF MAYO CLINIC